■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR BLAKE, Appellant. [857 NYS2d 517]—Judgments, Supreme Court, New York County (Renee A. White, J.), rendered on or about December 19, 2006, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Gonzalez, Nardelli and McGuire, JJ.